MODULAR TECHNICS CORPORATION, Appellant, v. GRAVERNE CONTRACTING CORP., Respondent.— In a proceeding to stay arbitration, petitioner appeals from an order of the Supreme Court, Nassau County, dated July 11, 1972, which denied the application. Order affirmed, with $20 costs and disbursements (see *Sommer* v. *Quarant Contr.*, 40 A D 2d 95). Martuscello, Acting P. J., Latham and Christ, JJ., concur; Shapiro, J., dissents and votes to reverse and grant the application for the reasons stated in his opinion in *Matter of Manitt Constr. Corp. [J. S. Plumbing & Heating Corp.]* (50 Misc 2d 502), with which Benjamin, J., concurs.

MARION MORSE, Respondent, v. PHILLIP S. MORSE, Appellant.— In an action for support and maintenance and for reimbursement for expenditures for necessaries, defendant husband appeals from so much of an order of the Supreme Court, Westchester County, dated May 24, 1972, as granted the branch of his motion which was to vacate plaintiff's notice to examine defendant before trial, only to the extent of postponing such examination until at least 20 days after plaintiff shall have served a further bill of particulars. Order reversed insofar as appealed from, without costs, and the branch of defendant's motion which was to vacate plaintiff's notice to examine defendant before trial is granted in full. In our opinion, plaintiff has failed to demonstrate any "special circumstances" that would entitle her to a pretrial examination of defendant's financial resources (*Campbell* v. *Campbell*, 7 A D 2d 1011). Hopkins, Acting P. J., Gulotta, Christ and Brennan, JJ., concur; Benjamin, J., not voting.

HILDEGARD O. NELSON et al., Appellants, v. CHARLES HENDERSON et al., Respondents.— In a negligence action to recover damages for personal injuries, plaintiffs appeal from an order of the Supreme Court, Queens County, dated April 26, 1972, which denied their motion for leave to serve an amended and supplemental bill of particulars. Order reversed, without costs, and motion granted, with leave to defendants to procure new physical examinations of plaintiffs, upon written notice of not less than 10 days. The amended and supplemental bill of particulars must be served within 20 days after entry of the order to be made hereon. In the interests of justice, plaintiffs should be permitted to proceed to trial on all of their claims. Martuscello, Acting P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.